1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAY BERGSTROM, et al.,

                                    Plaintiffs,

          v.

PROGRESSIVE CASUALTY
INSURANCE COMPANY,

                                    Defendant.

Case No. 2:20-cv-01810-DGE

ORDER ADOPTING REPORT AND
RECOMMENDATION

        This matter comes before the Court on the Report and Recommendation of the Honorable

Michelle L. Peterson (Dkt. No. 37).  No objections were filed.  The Court, having reviewed the

Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate

Judge, and the remaining record, the Court finds and ORDERS:

        (1)      The Report and Recommendation (Dkt. No. 37) is ADOPTED.

        (2)      Plaintiff's motion for partial summary judgment (Dkt. No. 20) is DENIED.

        (3)      Defendant's motion for partial summary judgment (Dkt. No. 18) is DENIED.[1]

---

[1] Defendant requested oral argument in its Motion for Partial Summary Judgment.  (Dkt. No. 18
at 1.)  However, the Court determines that oral argument would not be helpful to the Court's
disposition of this motion and denies Defendant's requests.  *See* LCR 7(b)(4).

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(4)     Plaintiff's motion to strike (Dkt. No. 24) is GRANTED.

Dated this 26th day of April, 2022.

_____
David G. Estudillo
United States District Judge