UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY BERGSTROM,<br><br>                Plaintiff,<br>   v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. 2:20-cv-01810-DGE<br><br>ORDER GRANTING REMOTE WITNESS APPEARNACE FOR KYLE BERGSTROM AND KRYSTAL MARIE-MODIA |

      The Court has reviewed the joint motion and stipulation of the parties requesting that witnesses Kyle Bergstrom and Krystal Marie-Modica be allowed to appear remotely to testify on the above-captioned case. (Dkt. No. 51.) The Court finds that good cause exists to grant the request of the parties to allow these above witnesses to appear remotely. Being fully advised on the issues, the Court, FINDS and ORDERS, the following:

      1. The parties' stipulated motion to Allow Remote Witness Appearance is GRANTED.

2. The parties must identify an agreed procedure for the use of exhibits when questioning the remote witnesses. The parties shall present their agreed procedure to the Court during the pretrial conference.

Dated this 19th day of October 2022.



David G. Estudillo
United States District Judge

ORDER GRANTING REMOTE WITNESS APPEARNACE FOR KYLE BERGSTROM AND KRYSTAL MARIE-MODIA - 2